**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: January 6, 2022**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 20-30597 |
| NEICY B. DAVIS, | : | Chapter 13 |
| | : | Judge Humphrey |
| *Debtor.* | : | |

### ORDER DENYING OBJECTION TO PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION (DOC. 34) AND ORDERING OTHER MATTERS

This matter is before the court on the Debtor's *Objection to Proof of Claim of Creditor* (doc. 34) (the "Objection") and *Response of U.S. Bank National Association, not in Its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2016 -CTT to Debtor's Objection to Claim* (doc. 35) (the "Contested Matter").

Pursuant to a prior Order, the court conducted a status conference on the Contested Matter on January 6, 2022, participated in by Andrew Zeigler, counsel for the Debtor; Christopher P. Kennedy, counsel for US Bank National Association; and Scott G. Stout, counsel for the Chapter 13 Trustee.

In accordance with the court's oral decision announced at the conclusion of the status conference, the Debtor's Objection is **denied**.

Further, in accordance with the court's colloquy with counsel, and with the agreement of all counsel, the Debtor shall, **within 30 days of the entry of this order**, file a motion to modify the Debtor's Confirmed Plan (doc. 25).

**IT IS SO ORDERED.**

Copies to:

Default List Plus Additional Parties

Christopher P. Kennedy (Counsel for US Bank National Association)